IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

vs.                                             CRIMINAL ACTION NO. 3:19-CR-29

MICHAEL KENNEDY,

        Defendant.

## NOTICE OF APPEARANCE

Now comes B. Craig Manford, Esq., and respectfully gives notice of his representation of the Defendant, Michael Kennedy in these proceedings.

Respectfully submitted,

                                                   Michael Kennedy
                                                   By Counsel

*B. Craig Manford*
B. Craig Manford
Attorney for Defendant
P.O. Box 3021
Martinsburg, West Virginia 25402
(304) 263-5698
byronman@aol.com

## CERTIFICATE OF SERVICE

I, B. Craig Manford, hereby certify that I have served a true and correct copy of the foregoing Notice of Appearance upon Jarod Douglas, Esq., Assistant United States Attorney by filing on the CM/ECF electronic filing system this 25th day of March, 2019.

                                                   *B. Craig Manford*
                                                   B. Craig Manford