IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

vs.                                         CRIMINAL ACTION NO. 3:19-CR-29

MICHAEL KENNEDY,

      Defendant.

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the Defendant, Michael Kennedy, by and through his counsel, B. Craig Manford, Esq., and respectfully moves the Court to modify its Order of April 8, 2019, Setting Conditions of Release in this matter as Condition No. (7)(f) prohibits the Defendant from traveling outside the Northern District of West Virginia, and the Defendant is in the Army Reserves with training now scheduled for this week in Parkersburg, West Virginia, in the Southern District of West Virginia.

Accordingly, the Defendant moves the Court to modify the terms of its prior Order to allow the Defendant to travel outside of the Northern District of West Virginia for employment purposes. Counsel has also consulted with Assistant United States Attorney Jarod Douglas who advised the United States doe not oppose the relief so requested.

Respectfully submitted,

                                                        Michael Kennedy
                                                        By Counsel

*B. Craig Manford*
B. Craig Manford
Attorney for Defendant
P.O. Box 3021
Martinsburg, West Virginia 25402
(304) 263-5698
byronman@aol.com

## CERTIFICATE OF SERVICE

I, B. Craig Manford, hereby certify that I have served a true and correct copy of the foregoing Notice of Appearance upon Jarod Douglas, Esq., Assistant United States Attorney by filing on the CM/ECF electronic filing system this 9th day of April, 2019.

*B. Craig Manford*
B. Craig Manford