**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Case No.:   3:19CR29 (GROH)** |
| **MICHAEL KENNEDY,** | |
| Defendant. | |

### ORDER MODIFYING CONDITIONS OF RELEASE

On April 9, 2019, counsel for Defendant filed an unopposed Motion [ECF No. 17.] to Modify Conditions of Release. Counsel for Defendant asserts that Condition 7(f) prohibits the Defendant from traveling outside the Northern District of West Virginia. Defendant is in the Army Reserves and has training scheduled in the Southern District of West Virginia. Counsel for Defendant has consulted with Jarod J. Douglas, Assistant United States Attorney and he has no objection to the modification.

Since the motion is unopposed and there was good cause shown, the Court **GRANTS** Defendant's Motion [ECF No. 17] to Modify Conditions of Release.

Accordingly, it is hereby

**ORDERED** that Condition No. 7(f) of the ORDER [ECF No. 14] SETTING CONDTIONS OF RELEASE be modified as follows:

7(f) abide by the following restrictions on personal association, residence, and travel: travel restricted to the Northern District of West Virginia, except as required for his employment through the Army Reserves.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: 4-9-2019**

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE