| | |
|---|---|
| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS — **TRANSCRIPT ORDER** |

Please Read Instructions:

**FOR COURT USE ONLY**
DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME: Stacy Walters | 2. PHONE NUMBER: (304) 234-0100 | 3. DATE: 10/10/2019 | |
| 4. DELIVERY ADDRESS OR EMAIL: Stacy.M.Walters@usdoj.gov | 5. CITY: Wheeling | 6. STATE: WV | 7. ZIP CODE: 26003 |
| 8. CASE NUMBER: 3:19CR29 | 9. JUDGE: Groh | 10. FROM: 10/7/2019 | 11. TO: 10/7/2019 |
| 12. CASE NAME: US v. Kennedy | | 13. CITY: Martinsburg | 14. STATE: WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness): Luther Brown, Andrew Galotti, David Lee, Ryan Colb, and Austin Ennis | 10/7/2019 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES: 1 | 135 | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00   654 75

| | |
|---|---|
| 18. SIGNATURE: /s/ Stacy Walters | PROCESSED BY: |
| 19. DATE: 10/10/2019 | PHONE NUMBER: (304) 234-0100 |
| TRANSCRIPT TO BE PREPARED BY: Kate Slayden | COURT ADDRESS: 218 W. King Street, Martinsburg, WV 25401 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00   654 75 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY